UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Tatiana Litvinenko                  :    Civil Action No. 1:13-CV-00131-RMB-AMD
                                    :
          v.                        :
                                    :
TSuren LLC., Suren TerSaakov        :
                                    :

## DISCLOSURE STATEMENT

The undersigned counsel for TSuren LLC., Suren TerSaakov,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

[X] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____          MENAR & MENAR, Attorneys at LAW
Signature of Attorney              Name of Firm

Paula A. Menar, Esq.               83 Morris Street, suite 3
Print Name                         Address

02/19/2013                         New Brunswick, NJ 08901
Date                               City/State/ZIP Code


Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.          DNJ-CMECF-005 (5/2/08)